UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD SCOTT III,<br><br>    Plaintiff,<br><br>v.<br><br>INTER-CON SECURITY SERVICES, INC.,<br><br>    Defendant. | Case No. 2:25-cv-02093-MMD-NJK<br><br>**ORDER**<br><br>[Docket No. 1] |

Pending before the Court is Plaintiff's motion/application to proceed *in forma pauperis*.[1] Docket No. 1.

LSR 1-1 provides that:
> Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities.

Plaintiff's filing is not the form provided by the court and does not include all the necessary information.

Accordingly, Plaintiff's application is **DENIED** without prejudice as incomplete. Docket No. 1.

**IT IS FURTHER ORDERED THAT:**

1. Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file an amended application to proceed *in forma pauperis* <u>that is completed in full</u>.

2. The Clerk shall send Plaintiff a blank application form for non-inmates.

---

[1] The Court liberally construes the filings of pro se litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

3.     Plaintiff must comply with this order no later than November 21, 2025. **Failure to comply will result in this case being dismissed.**

IT IS SO ORDERED.

Dated: November 13, 2025

                                                Nancy J. Koppe
United States Magistrate Judge